IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHANNON J. HAKEEM,

     Plaintiff,

v.                                        No. 1:20-cv-01239-KG-JFR

CRISIS CENTER OF NORTHERN NEW MEXICO,

     Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion

and Order dismissing Plaintiff's case,

IT IS ORDERED that this case is DISMISSED without prejudice.

_____

UNITED STATES DISTRICT JUDGE